UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
November 07, 2017
David J. Bradley, Clerk

| | |
|---|---|
| ALFRED SMITH, JR. AND CURRIE SMITH § § §<br>Plaintiffs, § §<br>v. §<br>§<br>CENTRAL MUTUAL INSURANCE §<br>COMPANY, JAMES DAVID BORUK, §<br>JR., AND MICHAEL TREVINO §<br>Defendants. § | CIVIL ACTION NO. 4:17-cv-03016 |

## ORDER OF DISMISSAL

Considering the joint motion of Plaintiffs, Alfred Smith Jr. and Currie Smith ("Plaintiffs"), and Defendants, Central Mutual Insurance Company, James David Boruk, Jr. and Michael Trevino ("Defendants"), to dismiss with prejudice all claims and causes of action between them, the Court finds that the motion should be granted.

It is therefore ordered that all claims which Plaintiffs, Alfred Smith Jr. and Currie Smith, asserted or could have asserted in this lawsuit against Defendants, Central Mutual Insurance Company, James David Boruk, Jr. and Michael Trevino, are hereby dismissed with prejudice to the refiling of same. It is further ordered, adjudged and decreed that all causes of action which Defendants, Central Mutual Insurance Company, James David Boruk, Jr. and Michael Trevino, asserted or could have asserted in this lawsuit against Plaintiffs, Alfred Smith Jr. and Currie Smith, are hereby dismissed with prejudice to the refiling of same.

It is further ordered that as between Plaintiffs and Defendants, all costs of court are to be borne by those parties who incurred them.

Signed at Houston, Texas on November 7, 2017.

_____
Gray H. Miller
United States District Judge